# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4756 | **DATE** | 1/20/2010 |
| **CASE TITLE** | Teresa L.Waggoner v. Redline Recovery Services, LLC. et al | | |

**DOCKET ENTRY TEXT**

Status hearing set for 1/21/2010 is stricken.. This case is dismissed with prejudice and without costs, with leave to reinstate in 45 days if settlement is not consummated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|